UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 MAY 27 PM 2: 44

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-99 |
| Plaintiff, | JUDGE Sargus |
| v. | INDICTMENT |
| RUBEN RAMOS URANGA, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

Possession with Intent to Distribute 400 Grams or More of Fentanyl

On or about May 19, 2021, in the Southern District of Ohio, the defendant, **RUBEN RAMOS URANGA**, did knowingly, intentionally, and unlawfully, possess with intent to distribute four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL

*s/ Foreperson*
GRAND JURY FOREPERSON

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*Kelly A. N*
KELLY A. NORRIS (0081254)
Assistant United States Attorney

1