AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)　　Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ruben Ramos-Uranga | ) | Case No: 2:21-cr-00099-001 |
| | ) | USM No: 46318-509 |
| Date of Original Judgment: 09/20/2022 | ) | |
| Date of Previous Amended Judgment: | ) | Laura E. Byrum |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 41 months **is reduced to** Time-served.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/20/2022 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/25/2024　　　　　　　　　　s/Edmund A. Sargus, Jr.
　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date: 02/01/2024　　　　　　　　Edmund A. Sargus, Jr., District Judge
*(if different from order date)*　　　　　　　　*Printed name and title*